JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIJUN QUI, Petitioner, v. WARDEN DESERT VIEW FACILITY, ADELANTO ICE PROCESSING CENTER, et al., Respondent. | Case No. 5:26-cv-04729-MAR<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents shall immediately release Petitioner **Weijun Qiu (A# 232-527-379)** ("Petitioner") from custody (subject only to conditions that were in place prior to his detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: October 21, 2026

MARGO A. ROCCONI
United States Magistrate Judge